# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| JIMMY GIBSON, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| JAMES HOLLOWAY, ET AL., | CASE NO: 16-2657-STA-egb |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal, Certifying An Appeal Would Not Be Taken In Good Faith, and Notifying Plaintiff of Appellate Filing Fee entered on April 4, 2018, this cause is hereby dismissed with prejudice except as to Gibson's failure-to-protect claim, which is dismissed without prejudice.

APPROVED:

s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 4/5/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON
(By) Deputy Clerk